# United States District Court
## Southern District of Georgia

Johnny H. Lucas
          Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV407-002

Officer Barnes, et al
          Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Order of this Court dated May 14, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge granting Defendants' Motion to Dismiss and dismissing Plaintiff's Complaint without prejudice; Judgment is hereby entered. This action stands closed.

May 14, 2007                    Scott L. Poff
Date                               Clerk

                                              *Mary Anne Hill*
                                              (By) Deputy Clerk